IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:11cv460-MHT |
| AMTREN CORPORATION, AMTREN CORPORATION PROFIT SHARING PLAN, and CHARLES KIRK LAMBERTH, | ) ) ) ) ) | (WO) |
| Defendants. | ) | |

ORDER

On December 2, 2013, Jeanne B. Bryant, as successor fiduciary for defendant Amtren Corporation Profit Sharing Plan, filed her final report and request for discharge. After an independent and de novo review of the record, including the report and the discharge request; there having been no objection filed to either the report or the request; and the successor fiduciary having performed all services required and nothing further remaining to be done, it is ORDERED as follows:

(1) The report (doc. no. 15) is approved.

(2) The request for discharge (doc. no. 15) is granted.

(3) Jeanne B. Bryant, as successor fiduciary for defendant Amtren Corporation Profit Sharing Plan, is discharged.

This case remains closed.

DONE, this the 30th day of December, 2013.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE